IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| LOUIS CROOK, JR. | ) | PLAINTIFF |
| | ) | |
| | ) NO. 4:07-cv-00604 JMM | |
| v. | ) | |
| | ) | DEFENDANT |
| DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| R. JAMES NICHOLSON, SECRETARY OF | ) | |
| VETERANS AFFAIRS | ) | |

## ORDER

Comes to be heard the Defendant's Motion to File Under Seal and for good cause being shown, the motion is granted. Exhibit 3, Crook Employment Application, to its Motion for Summary Judgment filed on November 19, 2007, shall be filed under seal.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Nov 20, 2007
Date