IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LOUIS CROOK, JR.**                                                                    **PLAINTIFF**

VS.                                             **4:07CV00604JMM**

**DEPARTMENT OF VETERANS AFFAIRS,**
**R. JAMES NICHOLSON,**
**Secretary of Veterans Affairs**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of April, 2008.

_____
James M. Moody
United States District Judge