IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LOUIS CROOK, JR.**                                                                           **PLAINTIFF**

VS.                                             4:07CV00604JMM

**DEPARTMENT OF VETERANS AFFAIRS,**
**R. JAMES NICHOLSON,**
**Secretary of Veterans Affairs**                                                       **DEFENDANT**

## ORDER

Pending is Plaintiff's *pro se* motion to vacate judgment. (Docket # 34). Plaintiff states that he "will move the court to vacate and set aside the judgment in the above entitled action . . ." because "errors in facts of the case were made by plaintiff's attorney in answer to motion for summary judgment. . . ." Because Plaintiff is represented by counsel, the Court finds that Plaintiff's *pro se* motion should be, and hereby is denied, without prejudice to being re-filed through appointed counsel. The Clerk of the Court is directed to attach a copy of Plaintiff's motion, docket # 34, to this Order for any action counsel may think is appropriate.

IT IS SO ORDERED this 21st day of May, 2008.

_____
James M. Moody
United States District Judge